IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-157-KDB-DCK

| | |
|---|---|
| SCOTT HEALY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTHERN TOOLS & EQUIPMENT CO., ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Kellie A. Tabor, concerning Jeremy D. Sosna, on April 7, 2022. Jeremy D. Sosna seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Jeremy D. Sosna is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 7, 2022

David C. Keesler
United States Magistrate Judge